**JIREH CONSULTING, doing business**
**as The Writing Company, Inc.,**
**Plaintiff,**

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

564

Jerroll M. Sanders, Appellant,

v.

Lisa ROSS, (McGonigle); Gregory Rothwell; James Williams; Sheila Jenkins; Christopher Rothwieler; Pamela Gardner; David Williams; United States of America, Appellees.

No. 05–3007.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2006.

Filed: Aug. 16, 2006.

Jerroll M. Sanders, Hazelwood, MO, pro se.

Maria C. Sanchez, Deborah L. Golemon, U.S. Attorney's Office, St. Louis, MO, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jerroll Sanders appeals the district court's [1] order dismissing her Federal Tort Claims Act (FTCA) lawsuit for lack of subject matter jurisdiction. Having carefully reviewed the record, *see LeMay v. U.S. Postal Serv.,* 450 F.3d 797, 799 (8th Cir.2006) (reviewing de novo dismissal for lack of subject matter jurisdiction), we agree with the district court that Sanders failed to meet her burden to present specific facts rebutting the Attorney General's 28 U.S.C. § 2679(d) certification, *see Lawson v. United States,* 103 F.3d 59, 60 (8th Cir.1996), and we reject Sanders's argu-

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District

ment that discovery and an evidentiary hearing were required in the instant case on the scope-of-employment issue. The district court thus properly concluded it lacked subject matter jurisdiction over Sanders's lawsuit, given her admission that she had not filed an administrative claim under the FTCA. *See Bellecourt v. United States,* 994 F.2d 427, 430 (8th Cir.1993).

Accordingly, we affirm. *See* 8th Cir. 47B. We also deny Sanders's pending motion.